# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLEO TIDWELL,

    Plaintiff,

v.

DR. ASSELMEIER, *et. al,*

    Defendants.

Case No. 3:16-cv-00041-JPG-SCW

## MEMORANDUM & ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

    This matter comes before the Court on plaintiff Cleo Tidwell's objections (*See* Docs. 101, 105, 114, 115) to several of Magistrate Judge Stephen C. Williams's orders regarding Tidwell's filing ban. In August 2017, Judge Staci M. Yandle sanctioned Tidwell with a $500 fine and a filing ban because of abusive, frivolous, and excessive filings before the Court. *Tidwell v. Clendenin et. al,* No. 16−cv−0384−SMY (S.D. Il. Apr. 6, 2016), ECF No. 43. The sanctions order states that Tidwell must pay the fine "before any other civil litigation will be filed" and directs the Clerk of Court to "return all civil pleadings" until the sanction is paid. The instant case, however, predates Judge Yandle's filing ban by over one year—Tidwell filed the case on April 6, 2016. Accordingly, the Court finds that Judge Yandle's filing ban against Tidwell does not apply to this case. The Court **DIRECTS** Magistrate Judge Williams to allow Tidwell to file a first-amended complaint, a response to the pending motion for summary judgment, and/or any other documents that Tidwell has been unable to file in this case as a consequence of the ban.

**IT IS SO ORDERED.**
**DATED: DECEMBER 18, 2017**

                                  *s/ J. Phil Gilbert*
                                  **J. PHIL GILBERT**
                                  **DISTRICT JUDGE**