**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **CLEO TIDWELL, #N41754,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 16-cv-0041-MJR-GCS** |
| | ) | |
| **DR. ASSELMEIER,** | ) | |
| **DR. TROST,** | ) | |
| **STEVEN NEWBOLD,** | ) | |
| **DR. STROW,** | ) | |
| **HARRY HENDERSON,** | ) | |
| **GAIL WALLS, and** | ) | |
| **WEXFORD HEALTH SOURCES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**REAGAN, Chief Judge:**

Plaintiff Cleo Tidwell, an inmate at Menard Correctional Center ("Menard"), filed this action on January 14, 2016, alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983 while he was incarcerated at Menard and Lawrence Correctional Center ("Lawrence"). Seven Defendants are named herein. Two Defendants, Harry Henderson and Gail Walls, moved for summary judgment based on lack of exhaustion on June 13, 2018. (Doc. 174). Plaintiff Tidwell timely responded on August 17, 2018. (Doc. 185). The Magistrate Judge assigned to the case at that time (the Honorable Stephen C. Williams) took the motion under advisement.

Now before the Court is a Report and Recommendation submitted by Judge Williams. (Doc. 215, R&R). The thorough and detailed R&R recommends that the undersigned deny the summary judgment motion. The R&R plainly stated that any

objection must be *filed* by January 14, 2019. (Doc. 215). That date passed, with neither an objection nor a motion for extension of the objection deadline filed. Because no objection was lodged against the R&R, the undersigned need not conduct de novo review of the R&R. **28 U.S.C. § 636(b)(1)(C) (A judge shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.);** ***Thomas v. Arn*, 474 U.S. 140 (1985);** ***Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 741 (7th Cir. 1999);** ***Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).**

The Court **ADOPTS** in its entirety Judge Williams' R&R (Doc. 215) and **DENIES** Defendants' summary judgment motion. (Doc. 174). Finally, the Court notes that on January 15, 2019, counsel for Defendants Henderson and Walls (Brett Furmanski) filed a notice of settlement as to all of Plaintiff Tidwell's claims against them. (Doc. 224). Mr. Furmanski is **DIRECTED** to file a status report as to the status of that settlement on or before **March 25, 2019**.

**IT IS SO ORDERED**.

DATED: March 18, 2019.

<u>**s/ Michael J. Reagan**</u>
MICHAEL J. REAGAN
**Chief Judge**
**United States District Court**