# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLEO TIDWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-CV-0041-SMY-GCS |
| | ) |
| CRAIG ASSELMEIER, M.D., et al, | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Gilbert C. Sison (Doc. 269), recommending the Court grant the Wexford Defendants' Motion to Enforce Settlement Agreement Resulting from Settlement Conference (Doc. 199). No Objections have been filed to the Report. For the following reasons, Judge Sison's Report is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Sison thoroughly discussed and supported his conclusion that there was a valid settlement agreement that should be enforced. The Court finds no clear error in Judge Sison's findings, analysis and conclusions, and adopts his Report and Recommendation in its entirety.

Accordingly, Defendants' motion to enforce the settlement agreement (Doc. 199) is **GRANTED**. Plaintiff is hereby **DIRECTED** to sign the Settlement and Release Agreement prepared in accordance with the terms reached at the July 6, 2018 settlement conference within **7** days of the entry of this Order. Further, the Wexford Defendants are **DIRECTED** to file a status report **within 30 days** from the date of this Order, advising the Court whether the Settlement Agreement has been fully executed. The Clerk of Court is **DIRECTED** to enter judgment dismissing this action with prejudice and without costs **60 days from the date of this Order**. The parties are advised that the 60-day period to consummate settlement will not be extended absent exceptional circumstances. Failure to comply with this Court order will result in sanctions pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

DATED: August 9, 2019

_____
**STACI M. YANDLE**
**United States District Judge**